[No. 20721-4-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO CASARES HEREDIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-05010-9, Terry D. Sebring, J., entered May 8, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 20810-5-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES JOHN KOVARI, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00722-5, James E.F.X. Warme, J., entered May 14, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.